AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

GREG HOWARD,

*Defendant(s)*

Case: 2:26-mj-30470
Judge: Unassigned,
Filed: 08-10-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 11, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §751 | Escape |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Pinoniemi, CI, Deputy Unit States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 10, 2026

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford
*Printed name and title*
United States Magistrate Judge

# AFFIDAVIT

I, Deputy United States Marshal Ryan T. Pinoniemi, after being duly sworn, deposes and says the following:

## INTRODUCTION

1. I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since December of 2024. I am currently assigned to the Eastern District of Michigan and part of my duties includes working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, and daily work on these types of investigations.

2. As a DUSM, I am authorized to investigate violations of laws of the United States. I am a law enforcement officer with authority to execute warrants issued under the authority of the United States. Furthermore, it is part of my duties to investigate persons in violation of 18 U.S.C. § 751(a), Escape.

3. The statements contained in this Affidavit are based on my experience and background as a DUSM and information provided by officials from the Federal Bureau of Prisons. I have not set forth every fact resulting from this

investigation; rather, I have set forth a summary of the investigation to date to establish that Greg HOWARD did escape the custody of the Federal Bureau of Prisons in violation of 18 U.S.C. § 751.

## PROBABLE CAUSE

4. On August 3, 2018, Greg HOWARD was sentenced to 120 months in the custody of the Bureau of Prisons for Conspiracy to Distribute and to Possess with Intent to Distribute. On January 31, 2019, HOWARD was received at FCI McKean in Lewis Run, PA, to serve his sentence.

5. On May 15, 2026, the BOP transferred HOWARD from his then-current facility, FCI Victorville, to Cherry Health Community Center, a residential re-entry center (RRC) located at 8833 Townsend Street, Detroit, Michigan 48213. When HOWARD was transferred to Cherry Health to serve the rest of his sentence, he remained in the custody of the Bureau of Prisons and had not yet completed his sentence.

6. HOWARD had an expected, good-time release date of February 10, 2027.

7. On July 10, 2026, at approximately 7:00 pm, HOWARD signed out of the RRC for an approved 48-hour pass. Later that evening, at approximately 11:50 pm, HOWARD was instructed to return to the RRC by 12:50 am on July 11, 2026.

HOWARD failed to return to the RRC. HOWARD has not responded to attempts by the RRC to contact him and he has not returned to the RRC. HOWARD had a 48-hour deadline to return to the RRC, which expired on July 13, 2026. After which RRC staff placed HOWARD in escape status and notified USMS.

8. Since then, the USMS Detroit Fugitive Apprehension Team (DFAT) have been searching for HOWARD with negative results. DFAT is gathering more information regarding HOWARD to determine his whereabouts.

## CONCLUSION

9. Based on the foregoing, there is probable cause to believe that Greg HOWARD, an individual in the custody of the Federal Bureau of Prisons, violated 18 U.S.C. § 751 by escaping the Cherry Health Community Center, a residential re-entry center, located in Detroit, MI, and failing to return.

Ryan Pinoniemi, Criminal Investigator,
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me
and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge